## PS CHEZ SIDNEY, L.L.C., Plaintiff–Appellant,

v.

## INTERNATIONAL TRADE COMMISSION, Defendant– Appellee,

and

## United States Customs Service, Defendant–Appellee,

and

## Crawfish Processors Alliance, Louisiana Department of Agriculture & Forestry, and Bob Odom, Commissioner, Defendants–Appellees.

No. 03–1071.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 27, 2003.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion of PS Chez Sidney, L.L.C. to voluntarily dismiss its appeal as moot,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) All pending motions are moot.

(3) All sides shall bear their own costs.

## Donald L. CHAPMAN, Claimant– Appellant,

v.

## Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.

No. 03–7008.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 27, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).